# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

July 16, 2021

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007-1312

Re:    **Norris v. Park West Shoe Repair, Inc., d/b/a Express Shoe Repair, et al.
Case 1:21-cv-02424-VEC**

Dear Judge Caproni:

The undersigned  represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for July 30, 2021 at 10:00 a.m., in Your Honor's Courtroom.  Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9].   The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint to the subject facility location, in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

Sincerely,

By: _/S/ B. Bradley Weitz_____
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

The July 30, 2021 IPTC is CANCELED.  If Defendants have not answered by the July 30, 2021 deadline, Plaintiff must file for a Clerk's Certificate of Default not later than **August 13, 2021**.  Plaintiff must thereafter apply for a default judgment in accordance with this Court's Individual Practices, Appendix A, within 14 days of the issuance of a Certificate of Default.

SO ORDERED.

_Valerie Caproni_

7/16/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE