# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021
```

August 11, 2021

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007-1312

        Re:    **Norris v. Park West Shoe Repair, Inc., et al.**
               **Case 1:21-cv-02424-VEC**

Dear Judge Caproni:

      The undersigned represents the Plaintiff in the above-captioned case matter.  Pursuant to Order D.E. 11, dated July 16, 2021, Plaintiff must file for a Clerk's Certificate of Default not later than August 13.  Counsel for Plaintiff states the following:

      Counsel for both defendants has contacted the undersigned and is awaiting to be formally retained.  Once retained counsel will be filing his notice of appearance.

      For the above-stated reason, the undersigned respectfully requests a stay in the filing of the Clerk's Certificate of Default, to allow for counsel to file his appearance.

      . Thank you for your attention to this request.

                              Sincerely,

                              By:  /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com

---

Application DENIED.  Plaintiff is instructed to apply for a Clerk's Certificate of Default by the August 13 deadline.  If counsel thereafter appears for Defendants, he or she must show cause why the Court should set aside the certificate of default.

SO ORDERED.

*[signature]*
              8/12/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE